MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

W.S. WILSON LEUNG (CABN 190939)
Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6758
    FAX: (415) 436-6753
    wilson.leung@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 05-CR-0196-WHA |
| | 11-CR-0396-WHA |
| v. | |
| | **STIPULATION AND [PROPOSED] ORDER** |
| JOHN ROBERTO VALLE, | |
| Defendant. | |

The Government respectfully submits this Stipulation and Proposed Order on behalf of the parties to request that the supervised release revocation hearing in the above-captioned matter be continued from March 17, 2015 until May 5, 2015. The parties hereby stipulate and agree to the following:

1. The defendant is charged with violating the terms of his supervised release and has an evidentiary hearing scheduled on the violation allegations for March 17, 2015.

2. Defense counsel is seeking certain tests and evaluations of the defendant that, he feels, are relevant to the issues presented in the supervised release proceeding.

3. Accordingly, the defense seeks additional time prior to the evidentiary hearing in order to pursue these tests and evaluations. After conferring with Chambers, the parties respectfully suggest May 5, 2015 as the new date for the evidentiary hearing.

1 SO STIPULATED.

2 DATED: March 16, 2015            MELINDA HAAG
                                   United States Attorney
3
4                           By:    _____/s/_____
                                   W.S. WILSON LEUNG
5                                  Assistant United States Attorney

6
7 DATED: March 16, 2015             _____/s/_____
                                   FRANK LEIDMAN, ESQ.
8                                  Counsel for defendant John Roberto Valle

9

10 SO ORDERED.

11 DATED: March 16, 2015.           _____
                                   HON. WILLIAM ALSUP
12                                 United States District Judge