FRANK Z. LEIDMAN, S.B. #96294
Law Offices of Frank Z. Leidman
345 Franklin Street, Suite 105
San Francisco, CA 94102-4427
Telephone: (415) 982-0321
Fax: (415) 982-7495
Email: Frank@LeidmanLaw.com

Attorney for Defendant
JOHN ROBERTO VALLE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. 05-CR-0196-WHA |
| | ) No. 11-CR-0396- WHA |
| Plaintiff, | ) |
| v. | ) **STIPULATION AND [PROPOSED] ORDER** |
| JOHN ROBERTO VALLE, | ) |
| Defendant. | ) |

The United States, by and through Assistant United States Attorney W.S. Wilson Leung, and Defendant John Roberto Valle, by and through his counsel of record, Frank Z. Leidman, jointly submit this Stipulation and Proposed Order on behalf of the parties, to request that the supervised release revocation hearing in the above-captioned matter be continued from the afternoon calendar on Tuesday, July 14, 2015 to the afternoon calendar on Tuesday, August 11, 2015.

The parties hereby stipulate and agree to the following:

1. The defendant is charged with violating the terms of his supervised release and has an evidentiary hearing scheduled for July 14, 2015;

2. Defense counsel is continuing to seek certain tests and evaluations of defendant Valle that counsel has been advised by competent experts are relevant and necessary to the issues presented in the supervised release proceeding;

3. Accordingly, the defense seeks additional time prior to the evidentiary hearing in order to obtain these tests and evaluations. The parties respectfully request Tuesday, August

1    11, 2015 as the new date for the evidentiary hearing.

2

3    SO STIPULATED.

4

5 Date: Monday, July 13, 2015         MELINDA HAAG
                                     United States Attorney
6

7                                    /s/ W.S. Wilson Leung
                                     By:  W.S. WILSON LEUNG
8                                    Assistant United States Attorney

9
  Date: Monday, July 13, 2015         LAW OFFICES OF FRANK Z. LEIDMAN
10

11                                   /s/ Frank Z. Leidman
                                     By:  FRANK Z. LEIDMAN
12                                   Attorney for Defendant
                                     JOHN ROBERTO VALLE
13

14

15   SO ORDERED.

16
   Date: July 13, 2015
17                                   HON. WILLIAM ALSUP
                                     United States District Judge
18

19

20

21
   P-StipulationOrder2ReContinuanceForm12Hearing.950
22

23

24

25

26

27

28

**STIPULATION AND [PROPOSED] ORDER**                                    Page 2
*U.S.A. v. Valle, No. 05-CR-0196-WHA and 11-CR-0396- WHA*