BRIAN J. STRETCH (CABN 163973)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

W.S. WILSON LEUNG (CABN 190939)
Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6758
    FAX: (415) 436-6753
    wilson.leung@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) 05-CR-0196-WHA |
| | ) 11-CR-0396-WHA |
| v. | ) |
| | ) **STIPULATION AND [PROPOSED] ORDER** |
| JOHN ROBERTO VALLE, | ) |
| Defendant. | ) |

    The Government respectfully submits this Stipulation and Proposed Order on behalf of the parties to request that the supervised release revocation hearing in the above-captioned matter be continued from September 22, 2015 to October 6, 2015. The parties hereby stipulate and agree to the following:

1. The defendant is charged with violating the terms of his supervised release and has an evidentiary hearing scheduled on the violation allegations for March 17, 2015.

2. Defense counsel is seeking certain tests and evaluations of the defendant that he feels are relevant to the issues presented in the supervised release proceeding. Accordingly, due to this and other scheduling circumstances, the parties requested continuances of the hearing date. The presently-scheduled hearing date is September 22, 2015.

3. However, the parties failed to realize until recently that September 22, 2015 is Kol Nidre, the

first day of the holiday of Yom Kippur.  Accordingly, the parties respectfully request a further continuance of the hearing date.  After conferring, the parties would respectfully suggest October 6, 2015, at 2 pm, if the Court's schedule permits this date and time.

SO STIPULATED.

DATED: September 21, 2015

Brian J. Stretch
Acting United States Attorney

By: _____/s/_____
W.S. WILSON LEUNG
Assistant United States Attorney

DATED: September 21, 2015

_____/s/_____
FRANK LEIDMAN, ESQ.
Counsel for defendant John Roberto Valle

SO ORDERED.

DATED: September 22, 2015

_____
HON. WILLIAM ALSUP
United States District Judge