IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN ROBERTO VALLE,<br><br>Defendant. | No. CR 05-0196 WHA<br>No. CR 11-0396 WHA<br><br>**ORDER DENYING STIPULATION TO CONTINUE HEARING** |

Less than twenty-four hours before today's Form 12 sentencing, the parties filed a stipulated motion to continue the hearing for three weeks. This is the fifth time in less than eleven months that the parties have moved, at the last minute, to continue a hearing in regards to the instant Form 12. The parties' motion is **DENIED**. The Court is concerned about the numerous requests for continuances in this case. This Form 12 commenced almost a year ago and it is time for the parties to have a concrete plan to resolve the matter.

**IT IS SO ORDERED.**

Dated: December 1, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE