BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

W.S. WILSON LEUNG (CABN 190939)
Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6758
    FAX: (415) 436-6753
    wilson.leung@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 05-CR-0196-WHA<br>11-CR-0396-WHA |
| v. | |
| JOHN ROBERTO VALLE, | **STIPULATION AND [PROPOSED] ORDER** |
| Defendant. | |

The Government and the defendant jointly stipulate and respectfully submit this Stipulation and Proposed Order to propose certain clarifications for the Court's consideration relating to the sentence imposed in the above-captioned cases. The parties hereby stipulate and agree to the following:

1. On October 6, 2015, the defendant admitted culpability to all four supervised released violation filed against him. The Government and the defendant agreed that, in exchange for his admission of guilt, the parties would jointly recommend a sentence of 18 months' imprisonment for the Court's consideration. The Court revoked the defendant's term of supervised release and scheduled sentencing for December 1, 2015.

2. On December 1, 2015, the Court sentenced the defendant to a term of imprisonment of 18 months, followed by a term of supervised release of 18 months. To clarify, however, the parties respectfully jointly suggest that the sentence be imposed as follows:

  a. A term of 18 months' imprisonment for each of 05-CR-0196-WHA and 11-CR-0396-WHA, to be served concurrently.

  b. This term of imprisonment shall be followed by a term of 17 months' supervised release for 05-CR-0196-WHA only.  Because the defendant's term of supervised release for 11-CR-0396-WHA had previously been revoked and he had been sentenced to a term of imprisonment of 18 months, he can no longer be sentenced to any further term of supervised release. In addition, because the defendant had previously had his term of supervised release revoked for 05-CR-0196-WHA and he had been sentenced to a term of imprisonment of time served, i.e., roughly 9 days, the remaining maximum term of additional supervised release for 05-CR-0196-WHA is 17, not 18 months, and the imposed term of imprisonment should therefore be followed by 17 months of supervised release only.

  c. Further, the parties agree to waive any irregularities of proceeding with this correction of the sentence imposed from the bench on December 1, 2015 by this written stipulation, and agree to and do waive any need for an appearance by the defendant personally in open court.

SO STIPULATED.

DATED: December 8, 2015

BRIAN J. STRETCH  
Acting United States Attorney

By:   /s/  
W.S. WILSON LEUNG  
Assistant United States Attorney

DATED: December 8, 2015

  /s/  
FRANK LEIDMAN, ESQ.  
Counsel for defendant John Roberto Valle

SO ORDERED.

DATED: _December 9_, 2015

HON. WILLIAM ALSUP  
United States District Judge